UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MINDRUP,<br><br>  Plaintiff,<br><br>vs.<br><br>U.S. POSTAL SERVICE,<br><br>  Defendant. | No. C06-05781 SBA<br><br>**ORDER** |

Good cause appearing,

IT IS HEREBY ORDERED THAT the Case Management Conference, currently scheduled for June 6, 2007 at 3:00 p.m. is CONTINUED to **September 6, 2007, at 3:00 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

IT IS SO ORDERED.

Dated: 6-5-07

           SAUNDRA BROWN ARMSTRONG
           United States District Judge